**Order entered June 3, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00254-CR

**ANTONIO EUDABE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 17-30404-422-F**

## ORDER

Before the Court is appellant's May 29, 2019 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before July 3, 2019. If appellant's brief is not filed by July 3, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/      BILL PEDERSEN, III
        JUSTICE